IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETITION TO APPEAR ON BEHALF OF THE UNITED STATES

CHARLES M. FLESCH, ESQ.
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Washington, D.C.  20044

Misc. No. 06-047 (JAF)

ORDER

David A. Hubbert, Chief, Civil Trial Section, Tax Division, U.S. Department of Justice, has filed a request on behalf of Charles M. Flesch, Trial Attorney for the Tax Division, United States Department of Justice, Washington, D.C., for the purpose of appearing before this Court to represent the United States, in accordance with the authorization of the United States Department of Justice.

Pursuant to Rule 83.1(e) of the Local Rules of the Court, attorneys employed by the United States, its agencies and dependencies, may appear as attorney of record for the United States. Accordingly, Trial Attorney Charles M. Flesch is granted leave to appear as attorney of record for the United States before this District and will be assigned an attorney number for that limited purpose. Said attorney will inform the Court, by motion, when his appointment in the United States Department of Justice terminates. Moreover, said attorney is ORDERED to appear at the Clerk's Office when physically within the District of Puerto Rico, to sign the registry of attorneys.

In San Juan, Puerto Rico this ___ day of March, 2006.

FRANCES RIOS DE MORAN, ESQ.
Clerk of Court

Angel A. Valencia-Aponte
Chief Deputy Clerk

BAR NO. G-00314

s/c Charles Flesch by mail & fax (202) 574-6866
David Hubbert by mail
ca 3/01/06